UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rene Tellier,

                Movant,

      -against-

United States,

              Respondent.

19-cv-11262 (AJN)

92-cr-869 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

      The Court is in receipt of Mr. Tellier's motion for permission to adopt issues raised in his co-defendant's § 2255 motion, or, in the alternative, to amend his § 2255 motion. Dkt. No. 9. The Court grants Mr. Tellier leave to amend his §2255 motion. *See Thristino v. United States*, 379 F. Supp. 2d 510, 514 (S.D.N.Y. 2005) ("A motion to amend a prior petition for a writ[] of habeas corpus is analyzed according to the requirements of Fed. R. Civ. P. 15(a). Under Rule 15(a), leave to amend 'shall be freely granted when justice so requires.'" (citations omitted)). Mr. Tellier shall amend his §2255 motion by June 9, 2020.

      The Clerk of Court is directed to mail this Order to Mr. Tellier.

      SO ORDERED.

Dated:  April 22, 2020
          New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge