USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rene Tellier,<br><br>        Movant,<br><br>  -against-<br><br>United States,<br><br>        Respondent. | 19-cv-11262 (AJN)<br><br>92-cr-869 (AJN)<br><br>ORDER |

ALISON J. NATHAN, United States District Judge:

  The Court is in receipt of Mr. Tellier's motion for the appointment of counsel for his pending § 2255 habeas petition based on the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Florian Miedel is hereby appointed CJA counsel to represent the Defendant on his pending § 2255 habeas petition.

  The U.S. Probation Office for the Southern District of New York and the United States District Court Clerk's Office for the Southern District of New York are authorized to disclose any Presentence Investigation Report, Statements of Reason, and Judgment to Mr. Miedel. Within three weeks of the date of this Order, the parties shall meet and confer and submit a joint letter to the Court indicating whether Defendant intends to file a supplemental memorandum of law and, if so, proposing a new briefing schedule.

  The Clerk of Court is respectfully directed to mail this Order to Mr. Tellier.

  SO ORDERED.

Dated: June 25, 2020
     New York, New York

                      _____
                        ALISON J. NATHAN
                        United States District Judge