UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                Plaintiff,

              -against-

    RENE TELLIER,

                                Defendant.
------------------------------------------------------------X

92 Crim. 869-2 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 3, 2023, Defendant filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  It is hereby

**ORDERED** that the Government shall file a response to this application on or before **January 31, 2023**.  The Government shall email Defendant's BOP medical records to the chambers email address, along with the filed response.  The Government is further directed to transmit a copy of this Order to Mr. Tellier and file proof of service on the public docket.

Dated: January 10, 2023
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**