UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

            -against-

RENE TELLIER,

                                   Defendant.
------------------------------------------------------------X

92 Cr. 869-02 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the Court has been informed that Defendant Rene Tellier will arrive in this district on or before September 15, 2023.  It is hereby

    **ORDERED** the parties shall appear for a resentencing hearing on **September 18, 2023, at 10:30 a.m**. in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: September 8, 2023
          New York, New York

                                               **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**